UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIPRIANO MONTES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. CV 13-5258-GHK (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that defendants' Motion to Dismiss is granted in part and denied in part and that plaintiff's First Amended Complaint is dismissed with leave to amend. Plaintiff is hereby ORDERED, if he still desires to pursue this

1

1  action, to file a Second Amended Complaint within thirty (30) days of the date of this
2  Order.

3  DATED:     7/10/14    

5  GEORGE H. KING
   CHIEF UNITED STATES DISTRICT JUDGE