# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIPRIANO MONTES,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. CV 13-05258-GHK (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint ("TAC"), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge, with the following exception: The quotation from the TAC on page 9, line 8-9, should be revised as follows:

> The fact [Pennywell], was the facility security officer he wasthe [sic] one that could have stated [sic] the move to place prison worst, with

1

> prison honor inmates has always resulted in some one being brutally beaten as always happened to inmates in the past . . . one of which was the Plaintiff who would be the target due to the fact he was one of the few southerners in the honor dorm. [McEwan and Pennywell] chose to do it any way despite the fact it exposed the plaintiff in a situation of substantial risk of serious harm.

(TAC at 6-7.)

This correction does not alter the findings, conclusions, and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that plaintiff's Third Amended Complaint is dismissed without leave to amend and that Judgment be entered dismissing this action with prejudice.

DATED: 6/2/16

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE