JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIPRIANO MONTES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. CV 13-05258-GHK (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: 6/2/16

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ _____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1